**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADAM PEZEN, individually and on behalf of all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | | |
| vs. ) ) | Case No.: 15-cv-03484 | |
| FACEBOOK, INC., ) ) ) | Hon. James B. Zagel | |
| Defendant. ) | | |

| | | |
|---|---|---|
| CARLO LICATA, individually and on behalf of all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | | |
| vs. ) ) | Case No.: 15-cv-04022 | |
| FACEBOOK, INC., ) ) ) | Hon. James B. Zagel | |
| Defendant. ) | | |

| | | |
|---|---|---|
| NIMESH PATEL, individually and on behalf of all others similarly situated, ) ) ) | | |
| Plaintiff, ) ) | | |
| vs. ) ) | Case No.: 15-cv-04265 | |
| FACEBOOK, INC., ) ) ) | Hon. James B. Zagel | |
| Defendant. ) | | |

**<u>NOTICE OF MOTION</u>**

TO:

Norman Rifkind
*rifkind@laskyrifkind.com*
Amelia S. Newton
*newton@laskyrifkind.com*
LASKY & RIFKIND, LTD.
351 W. Hubbard St., Suite 401
Chicago, IL 60654

Joel H. Bernstein
*jbernstein@labaton.com*
Corban S. Rhodes
*crhodes@labaton.com*
Ross M. Kamhi
*rkamhi@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

*Counsel for Plaintiff Adam Pezen*

Jay Edelson
*jedelson@edelson.com*
Rafey S. Balabanian
*rbalabanian@edelson.com*
Benjamin H. Richman
*brichman@edelson.com*
J. Dominick Larry
*nlarry@edelson.com*
David I. Mindell
*dmindell@edelson.com*
EDELSON PC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654

*Counsel for Plaintiff Carlo Licata*

[list continued on next page]

James E. Barz
*jbarz@rgrdlaw.com*
Frank Richter
*frichter@rgrdlaw.com*
ROBBINS GELLER RUDMAN & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606

*Counsel for Plaintiff Nimesh Patel*

YOU ARE HEREBY NOTIFIED THAT on July 14, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present Defendant Facebook Inc.'s MOTION TO TRANSFER VENUE, a copy of which has been served upon you.

Dated July 1, 2015

Respectfully submitted,

By: /s/ *Lauren R. Goldman*

Lauren R. Goldman
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com

Vincent Connelly
Michael D. Frisch
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
vconnelly@mayerbrown.com
mfrisch@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

[list continued on next page]

John Nadolenco*  
MAYER BROWN LLP  
350 South Grand Avenue  
25th Floor  
Los Angeles, CA 90071-1503  
Telephone: (213) 229-9500  
jnadolenco@mayerbrown.com  
*Motion for *pro hac vice* pending

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2015, this **Motion To Transfer Venue** was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing were served on all counsel of record electronically via that system.


Dated: July 1, 2015

By: /s/ *Lauren R. Goldman*
Lauren R. Goldman

*Counsel for Defendant Facebook, Inc.*