UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nimesh Patel
                    Plaintiff,
v.                                              Case No.: 1:15−cv−04265

Facebook, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29,2015:

    MINUTE entry before the Honorable James B. Zagel: In accordance with the Court's Order [42] entered in the lead case 15cv3484 Pezen v. Facebook, Inc., the Clerk is directed to transfer this matter to the Northern District of California in San Fr ancisco. All previously set deadlines and hearing dates are vacated. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.